J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

John Tehranian
jtehranian@onellp.com
One LLP
4000 MacAruthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile:  (949) 258-5081

Attorney for Defendant
Evgeni Goldin a/k/a Zack Goldin, an individual and d/b/a
Nick Grace and Amazon.com Seller Super Trooper

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc.,<br><br>　　　　　　Plaintiff,<br>　v.<br>Nick Grace, an individual and d/b/a as Amazon.com Seller Super Trooper; Evgeni Goldin a/k/a Zack Goldin, an individual and d/b/a as Amazon.com Seller Super Trooper and Does 2-10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV12-6534 ABC (AJWx)<br><br>[~~PROPOSED~~] CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Evgeni Goldin a/k/a Zack

Goldin, an individual and d/b/a Nick Grace and Amazon.com Seller Super Trooper ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or

logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

    b)    Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

    c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

    d)    Nothing herein shall alter any of Defendant's existing rights or defenses.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)    This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)    The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation,

and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:  2/7/2013

_____
Hon. Audrey B. Collins
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: /s/ Annie S. Wang
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.

One LLP

By: _____
        John Tehranian
Attorney for Defendant Evgeni Goldin a/k/a Zack Goldin, an individual and d/b/a Nick Grace and Amazon.com Seller Super Trooper

# EXHIBIT A

# COPYRIGHT REGISTRATIONS

| REG. NO. | TITLE | COPYRIGHT CLAIMANTS |
|---|---|---|
| PA 1-709-262 | BOARDWALK EMPIRE: Boardwalk Empire | Home Box Office, Inc. |
| PA 1-709-258 | BOARDWALK EMPIRE: The Ivory Tower | Home Box Office, Inc. |
| PA 1-709-256 | BOARDWALK EMPIRE: Broadway Limited | Home Box Office, Inc. |
| PA 1-709-260 | BOARDWALK EMPIRE: Anastasia | Home Box Office, Inc. |
| PA 1-709-265 | BOARDWALK EMPIRE: Nights In Ballygran | Home Box Office, Inc. |
| PA 1-716-941 | BOARDWALK EMPIRE: Family Limitation | Home Box Office, Inc. |
| PA 1-716-942 | BOARDWALK EMPIRE: Home | Home Box Office, Inc. |
| PA 1-716-946 | BOARDWALK EMPIRE: Hold Me In Paradise | Home Box Office, Inc. |
| PA 1-719-464 | BOARDWALK EMPIRE: Belle Femme | Home Box Office, Inc. |
| PA 1-719-463 | BOARDWALK EMPIRE: The Emerald City | Home Box Office, Inc. |
| PA 1-719-466 | BOARDWALK EMPIRE: Paris Green | Home Box Office, Inc. |
| PA 1-721-376 | BOARDWALK EMPIRE: A Return To Normalcy | Home Box Office, Inc. |
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | Warner Bros. Entertainment Inc. (hereinafter "WBEI") |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | WBEI |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |
| PA 1-647-906 | HARRY POTTER AND THE HALF- | WBEI |

| | | |
|---|---|---|
| | BLOOD PRINCE | |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
| PA 1-800-929 | RIZZOLI & ISLES: We Don't Need Another Hero | WBEI |
| PA 1-800-896 | RIZZOLI & ISLES: Living Proof | WBEI |
| PA 1-800-891 | RIZZOLI & ISLES: Don't Hate The Player | WBEI |
| PA 1-800-908 | RIZZOLI & ISLES: Rebel Without A Pause | WBEI |
| PA 1-800-922 | RIZZOLI & ISLES: Bloodlines | WBEI |
| PA 1-800-962 | RIZZOLI & ISLES: Brown Eyed Girl | WBEI |
| PA 1-800-887 | RIZZOLI & ISLES: My Own Worst Enemy | WBEI |
| PA 1-800-951 | RIZZOLI & ISLES: Gone Daddy Gone | WBEI |
| PA 1-800-942 | RIZZOLI & ISLES: Remember Me | WBEI |
| PA 1-800-959 | RIZZOLI & ISLES: Can I Get A Witness? | WBEI |
| PA 1-800-950 | RIZZOLI & ISLES: He Ain't Heavy, He's My Brother | WBEI |
| PA 1-800-949 | RIZZOLI & ISLES: Seventeen Ain't So Sweet | WBEI |
| PA 1-800-957 | RIZZOLI & ISLES: Don't Stop Dancing, Girl | WBEI |
| PA 1-800-934 | RIZZOLI & ISLES: Burning Down The House | WBEI |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | WBEI |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | WBEI |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | WBEI |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | WBEI |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | WBEI |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | WBEI |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | WBEI |

| | | |
|---|---|---|
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | WBEI |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | WBEI |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | WBEI |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | WBEI |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | WBEI |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | WBEI |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | WBEI |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | WBEI |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | WBEI |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | WBEI |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | WBEI |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | WBEI |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | WBEI |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | WBEI |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | WBEI |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | WBEI |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | WBEI |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | WBEI |
| PA 940-627 | SEX AND THE CITY: The Pilot | WBEI |
| PA 940-628 | SEX AND THE CITY: Models and Mortals | WBEI |
| PA 940-629 | SEX AND THE CITY: Bay of Married | WBEI |

| | | |
|---|---|---|
| | Pigs | |
| PA 940-630 | SEX AND THE CITY: Valley of the Twenty Something Guys | WBEI |
| PA 940-631 | SEX AND THE CITY: The Power of the Female Sex | WBEI |
| PA 940-632 | SEX AND THE CITY: Secret Sex | WBEI |
| PA 940-633 | SEX AND THE CITY: The Monogamists | WBEI |
| PA 940-634 | SEX AND THE CITY: Three's a Crowd | WBEI |
| PA 940-635 | SEX AND THE CITY: The Turtle and the Hare | WBEI |
| PA 940-636 | SEX AND THE CITY: The Baby Shower | WBEI |
| PA 940-638 | SEX AND THE CITY: The Drought | WBEI |
| PA 940-637 | SEX AND THE CITY: Oh Come All Ye Faithful | WBEI |
| PA 936-802 | SEX AND THE CITY:: Take Me Out to the Ballgame | WBEI |
| PA 936-803 | SEX AND THE CITY: The Awful Truth | WBEI |
| PA 936-804 | SEX AND THE CITY: The Freak Show | WBEI |
| PA 948-134 | SEX AND THE CITY: They Shoot Single People, Don't They? | WBEI |
| PA 946-675 | SEX AND THE CITY: Four Women and a Funeral | WBEI |
| PA 946-676 | SEX AND THE CITY: The Cheating Curve | WBEI |
| PA 988-794 | SEX AND THE CITY: The Chicken Dance | WBEI |
| PA 957-858 | SEX AND THE CITY: The Man, The Myth, The Viagra | WBEI |
| PA 957-859 | SEX AND THE CITY: Old Dogs, New Dicks | WBEI |
| PA 957-860 | SEX AND THE CITY: The Caste System | WBEI |
| PA 957-861 | SEX AND THE CITY: Evolution | WBEI |
| PA 957-862 | SEX AND THE CITY: La Douleur Exquise | WBEI |
| PA 957-863 | SEX AND THE CITY: Games People Play | WBEI |
| PA 958-270 | SEX AND THE CITY: The F*** Buddy | WBEI |
| PA 958-271 | SEX AND THE CITY: Shortcomings | WBEI |
| PA 958-272 | SEX AND THE CITY: Was it Good for You? | WBEI |
| PA 958-273 | SEX AND THE CITY: Twenty-Something Girls vs. Thirty-Something Women | WBEI |

| | | |
|---|---|---|
| PA 958-274 | SEX AND THE CITY: Ex and the City | WBEI |
| PA 992-332 | SEX AND THE CITY: Where There's Smoke… | WBEI |
| PA 992-333 | SEX AND THE CITY: Politically Erect | WBEI |
| PA 992-334 | SEX AND THE CITY: Attack of the 5'10" Woman | WBEI |
| PA 992-335 | SEX AND THE CITY: Boy, Girl, Boy, Girl… | WBEI |
| PA 992-336 | SEX AND THE CITY: No Ifs, Ands, or Butts | WBEI |
| PA 992-337 | SEX AND THE CITY: Are We Sluts? | WBEI |
| PA 960-635 | SEX AND THE CITY: Drama Queens | WBEI |
| PA 1-021-361 | SEX AND THE CITY: The Big Time | WBEI |
| PA 1-021-364 | SEX AND THE CITY: Easy Come Easy Go | WBEI |
| PA 1-021-362 | SEX AND THE CITY: All or Nothing | WBEI |
| PA 1-021-360 | SEX AND THE CITY: Running with Scissors | WBEI |
| PA 1-021-365 | SEX AND THE CITY: Don't Ask, Don't Tell | WBEI |
| PA 1-021-363 | SEX AND THE CITY: Escape from New York | WBEI |
| PA 1-021-366 | SEX AND THE CITY:: Sex and Another City | WBEI |
| PA 1-021-357 | SEX AND THE CITY: Hot Child in the City | WBEI |
| PA 1-008-079 | SEX AND THE CITY: Frenemies | WBEI |
| PA 1-021-358 | SEX AND THE CITY: What Goes Around Comes Around | WBEI |
| PA 1-021-359 | SEX AND THE CITY:: Cock a Doodle Do! | WBEI |
| PA 1-036-651 | SEX AND THE CITY: The Agony and the 'Ex'-Tacy | WBEI |
| PA 1-036-650 | SEX AND THE CITY: Defining Moments | WBEI |
| PA 1-036-649 | SEX AND THE CITY: What's Sex Go to Do With It? | WBEI |
| PA 1-037-278 | SEX AND THE CITY: Ghost Town | WBEI |
| PA 1-037-279 | SEX AND THE CITY: Baby, Talk is Cheap | WBEI |
| PA 1-037-280 | SEX AND THE CITY: Time and | WBEI |

| | | |
|---|---|---|
| | Punishment | |
| PA 1-037-281 | SEX AND THE CITY: My Motherboard, My Self | WBEI |
| PA 1-037-282 | SEX AND THE CITY: Sex and the Country | WBEI |
| PA 1-057-359 | SEX AND THE CITY: Belles of the Balls | WBEI |
| PA 1-052-287 | SEX AND THE CITY: Coulda, Woulda, Shoulda | WBEI |
| PA 1-056-552 | SEX AND THE CITY: Just Say Yes | WBEI |
| PA 1-068-660 | SEX AND THE CITY: The Good Fight | WBEI |
| PA 1-068-661 | SEX AND THE CITY: All That Glitters | WBEI |
| PA 1-068-940 | SEX AND THE CITY: Change of a Dress | WBEI |
| PA 1-068-941 | SEX AND THE CITY: Ring A Ding Ding | WBEI |
| PA 1-068-662 | SEX AND THE CITY: A 'Vogue' Idea | WBEI |
| PA 1-068-663 | SEX AND THE CITY: I Heart NY | WBEI |
| PA 1-097-095 | SEX AND THE CITY: Anchors Away | WBEI |
| PA 1-097-096 | SEX AND THE CITY: Unoriginal Sin | WBEI |
| PA 1-097-097 | SEX AND THE CITY: Luck Be an Old Lady | WBEI |
| PA 1-085-802 | SEX AND THE CITY: Cover Girl | WBEI |
| PA 1-097-098 | SEX AND THE CITY: Plus One is the Loneliest Number | WBEI |
| PA 1-097-099 | SEX AND THE CITY: Critical Condition | WBEI |
| PA 1-097-100 | SEX AND THE CITY: The Big Journey | WBEI |
| PA 1-110-350 | SEX AND THE CITY: I Love a Charade | WBEI |
| Pau2-814-969 | SEX AND THE CITY: To Market, To Market | WBEI |
| PAu2-814-970 | SEX AND THE CITY: Great Sexpectations | WBEI |
| PA 1-188-085 | SEX AND THE CITY: The Perfect Present | WBEI |
| PA 1-188-053 | SEX AND THE CITY: Pick A-Little Talk-A-Little | WBEI |
| PAu2-787-343 | SEX AND THE CITY: Lights Camera Relationship! | WBEI |
| PAu2-787-324 | SEX AND THE CITY: Hop Skip and a Week | WBEI |
| PA 1-190-940 | SEX AND THE CITY: The Post-It Always Sticks Twice | WBEI |
| PA 1-190-939 | SEX AND THE CITY: The Catch | WBEI |
| PA 1-190-931 | SEX AND THE CITY: A Woman s Right | WBEI |

| | | |
|---|---|---|
| | to Shoes | |
| PA 1-201-677 | SEX AND THE CITY: Boy, Interrupted | WBEI |
| PA 1-201-681 | SEX AND THE CITY: The Domino Effect | WBEI |
| PA 1-199-423 | SEX AND THE CITY: One | WBEI |
| PA 1-214-042 | SEX AND THE CITY: Let There Be Light | WBEI |
| PA 1-214-043 | SEX AND THE CITY: The Ick Factor | WBEI |
| PA 1-214-044 | SEX AND THE CITY: Catch-38 | WBEI |
| PA 1-214-045 | SEX AND THE CITY: Out of the Frying Pan | WBEI |
| PA 1-222-896 | SEX AND THE CITY: The Cold War | WBEI |
| PA 1-222-887 | SEX AND THE CITY: Splat! | WBEI |
| PA 1-222-894 | SEX AND THE CITY: An American Girl in Paris (Part Une) | WBEI |
| PA 1-222-895 | SEX AND THE CITY: An American Girl in Paris (Part Deux) | WBEI |
| PA 1-800-081 | SHAMELESS: Pilot | WBEI |
| PA 1-800-078 | SHAMELESS: Aunt Ginger | WBEI |
| PA 1-800-077 | SHAMELESS: Three Boys | WBEI |
| PA 1-800-083 | SHAMELESS: Father Frank, Full Of Grace | WBEI |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | WBEI |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | WBEI |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBEI |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBEI |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBEI |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBEI |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBEI |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBEI |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBEI |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | WBEI |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBEI |

| | | |
|---|---|---|
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBEI |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBEI |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBEI |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBEI |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBEI |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBEI |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBEI |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBEI |

| | | |
|---|---|---|
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |

| | | |
|---|---|---|
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI; CBS Studios Inc. (hereinafter "CBS") |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI; CBS |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI; CBS |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI; CBS |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI; CBS |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI; CBS |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI; CBS |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI; CBS |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI; CBS |

| | | |
|---|---|---|
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI; CBS |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI; CBS |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI; CBS |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI; CBS |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI; CBS |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI; CBS |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI; CBS |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI; CBS |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI; CBS |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI; CBS |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI; CBS |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI; CBS |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI; CBS |
| PA 1-743-069 | TREME: Accentuate The Positive | Home Box Office, Inc. |
| PA 1-739-172 | TREME: Everything I Do Gonh Be Funky | Home Box Office, Inc. |
| PA 1-750-437 | TREME: OnYour Way Down | Home Box Office, Inc. |
| PA 1-746-591 | TREME: Santa Claus, Do You Ever Get The Blues? | Home Box Office, Inc. |
| PA 1-746-579 | TREME: Slip Away | Home Box Office, Inc. |
| PA 1-746-582 | TREME: Feels Like Rain | Home Box Office, Inc. |
| PA 1-746-583 | TREME: Carnival Time | Home Box Office, Inc. |
| PA 1-756-008 | TREME: Can I Change My Mind | Home Box Office, Inc. |
| PA 1-748-878 | TREME: What Is New Orleans? | Home Box Office, Inc. |
| PA 1-748-782 | TREME: That's What Lovers Do? | Home Box Office, Inc. |
| PA 1-748-781 | TREME: Do Whatcha Wanna | Home Box Office, Inc. |
| PA 1-653-459 | TRUE BLOOD: Strange Love | Home Box Office, Inc. |
| PA 1-653-432 | TRUE BLOOD: The First Taste | Home Box Office, Inc. |
| PA 1-653-964 | TRUE BLOOD: Mine | Home Box Office, Inc. |
| PA 1-653-970 | TRUE BLOOD: Escape from Dragon House | Home Box Office, Inc. |
| PA 1-653-971 | TRUE BLOOD: Sparks Fly Out | Home Box Office, Inc. |
| PA 1-653-570 | TRUE BLOOD: Cold Ground | Home Box Office, Inc. |
| PA 1-653-568 | TRUE BLOOD: Burning House of Love | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-662-013 | TRUE BLOOD: The Fourth Man in the Fire | Home Box Office, Inc. |
| PA 1-661-869 | TRUE BLOOD: Plaisir D'Amour | Home Box Office, Inc. |
| PA 1-658-084 | TRUE BLOOD: I Don't Wanna Know | Home Box Office, Inc. |
| PA 1-663-958 | TRUE BLOOD: To Love is to Bury | Home Box Office, Inc. |
| PA 1-656-238 | TRUE BLOOD: You'll Be the Death of Me | Home Box Office, Inc. |
| PA 1-664-352 | TRUE BLOOD: Nothing but the Blood | Home Box Office, Inc. |
| PA 1-666-595 | TRUE BLOOD: Keep This Party Going | Home Box Office, Inc. |
| PA 1-666-589 | TRUE BLOOD: Scratches | Home Box Office, Inc. |
| PA 1-666-598 | TRUE BLOOD: Shake and Fingerpop | Home Box Office, Inc. |
| PA 1-666-592 | TRUE BLOOD: Never Let Me Go | Home Box Office, Inc. |
| PA 1-666-591 | TRUE BLOOD: Hard-Hearted Hannah | Home Box Office, Inc. |
| PA 1-667-523 | TRUE BLOOD: Release Me | Home Box Office, Inc. |
| PA 1-666-586 | TRUE BLOOD: Timebomb | Home Box Office, Inc. |
| PA 1-666-583 | TRUE BLOOD: I Will Rise Up | Home Box Office, Inc. |
| PA 1-666-596 | TRUE BLOOD: New World in My View | Home Box Office, Inc. |
| PA 1-663-479 | TRUE BLOOD: Frenzy | Home Box Office, Inc. |
| PA 1-667-580 | TRUE BLOOD: Beyond Here Lies Nothin' | Home Box Office, Inc. |
| PA 1-688-635 | TRUE BLOOD: Bad Blood | Home Box Office, Inc. |
| PA 1-693-287 | TRUE BLOOD: Beautifully Broken | Home Box Office, Inc. |
| PA 1-697-033 | TRUE BLOOD: It Hurts Me Too | Home Box Office, Inc. |
| PA 1-697-287 | TRUE BLOOD: 9 Crimes | Home Box Office, Inc. |
| PA 1-704-298 | TRUE BLOOD: Trouble | Home Box Office, Inc. |
| PA 1-699-189 | TRUE BLOOD: I Got a Right to Sing the Blues | Home Box Office, Inc. |
| PA 1-699-150 | TRUE BLOOD: Hitting the Ground | Home Box Office, Inc. |
| PA 1-716-112 | TRUE BLOOD: Night on the Sun | Home Box Office, Inc. |
| PA 1-716-111 | TRUE BLOOD:: Everything is Broken | Home Box Office, Inc. |
| PA 1-716-116 | TRUE BLOOD: I Smell a Rat | Home Box Office, Inc. |
| PA 1-716-110 | TRUE BLOOD: Fresh Blood | Home Box Office, Inc. |
| PA 1-716-114 | TRUE BLOOD: Evil is Going On | Home Box Office, Inc. |